**STATE of Louisiana, Through the COL-
LECTOR OF REVENUE.**

**No. 53019.**

Dec. 21, 1972.

Writ refused. The case having been re-
manded for further proceedings, the judg-
ment is not final.

270 So.2d 123

**Harry A. WARNER**

**v.**

**William C. GARRETT et al.**

**No. 53033.**

Dec. 21, 1972.

Writ refused. The result is correct.

270 So.2d 123

**Johnnie RATCLIFF**

**v.**

**Mrs. Addie W. GORDON et al.**

**No. 53024.**

Dec. 21, 1972.

Writ refused. The result is correct.

270 So.2d 123

**Paul GEORGE et al.**

**v.**

**Louis M. SOWERS, Director of
Corrections, et al.**

**No. 53035.**

Dec. 21, 1972.

Writ refused. On the facts found by the
Court of Appeal we find no error of law
in its judgment.